10 A.3d 266

Jay V. YUNIK, Appellant

v.

Jeffrey BEARD, Secretary, D.O.C., Coleman—Superintendent, Susan Ballaglini, Cheryl George—Inmate Accounts, Commonwealth of Pennsylvania, James Corbett—PA. Attorney General, Appellees.

Supreme Court of Pennsylvania.

Dec. 20, 2010.

44

### ORDER

PER CURIAM.

**AND NOW,** this 20th day of December, 2010, the Order of the Commonwealth Court is **AFFIRMED.**